# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>CHOICE BANCORP, INC., RODNEY R. OILSCHLAGER, AREND A. STAM, GERALD A. THIELE, MARK D. TROUDT, KENNETH J. BALDA, STEPHEN W. FORD, PAUL R. GETCHEL, MICHAEL L. HANNEMAN, DAVID A. JANSSEN, THOMAS L. MUZA, JAMES G. POESCHL, JEFFREY S. ROGGE, THOMAS N. RUSCH, JOHN F. SUPPLE III, and NICOLET BANKSHARES, INC.,<br><br>                Defendants. | Case No. 1:19-cv-01669-CFC |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Paul Parshall ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: September 13, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Gina M. Serra*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*